UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL COOK

Plaintiff,

v. CASE NO: 2:22-CV-0186-JLB-MRM

WALMART STORES EAST, LP,
and DAVE HISSEY

Defendants.
_______________________________/

**DEFENDANT'S MOTION FOR LEAVE TO AMEND DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW Defendant, WALMART STORES EAST, LP, ("Walmart" or "Defendant") by and through its undersigned counsel, pursuant to Rule 15, Federal Rules of Civil Procedure, and files this Motion for Leave to Amend Defendant's Answer, Affirmative Defenses, and Demand for Jury Trial, and states as follows:

1. On February 19, 2022, Plaintiff initiated this negligence action by filing Plaintiff's Complaint.

2. On March 11, 2022, Plaintiff filed Plaintiff's First Amended Complaint.

3. On March 21, 2022, Walmart timely filed its Answer to First Amended Complaint, Affirmative Defenses, and Demand for Jury Trial.

4. Since then, Walmart has become aware of additional information regarding the ownership of the premises upon which the alleged incident occurred.

5. As a result, Walmart needs to file an Amended Answer to Plaintiff's First Amended Complaint, Affirmative Defenses, and Demand for Jury Trial to correct a prior response.

6. Walmart has not moved to amend its Answer to Plaintiff's First Amended Complaint, Affirmative Defenses, and Demand for Jury Trial previously.

7. Additionally, since this matter remains in its early stages, the Plaintiff will not be prejudiced by the amendment.

8. This amendment is not intended to delay the proceedings and is being done to conform the pleadings to the discovery and pleadings in the case.

9. Per the Federal Rules of Civil Procedure, "…a party may amend its pleading only with the opposing party's written consent or the court's leave." See Fed. R. Civ. P. 15(a)(2).

10. "The court should freely give leave when justice so requires." Id.

11. Attached please find a copy of the proposed Amended Answer, Affirmative Defenses, and Demand for Jury Trial. See Exhibit A.

**Local Rule 3.01(g) Certification**

Defendant hereby certifies that the movant has conferred with the opposing party and Plaintiff has no objection to the instant Motion.

WHEREFORE, Defendant respectfully requests the Court enter an Order allowing Defendant to proceed with the attached Amended Answer to Plaintiff's First Amended Complaint, Affirmative Defenses, and Demand for Jury Trial, and determining that the attached shall be deemed filed as of the date of such Order.

Respectfully submitted,

/s/ Robert V. White
Amanda J. Sharkey Ross
Robert V. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Zachary Z. Zermay, Esquire
Florida Bar No. 1002905
Zermay Law, P.A.
203 Labelle Avenue
Fort Myers, FL 33905
Telephone (239) 699-3107
zach@zermaylaw.com
*Attorneys for Plaintiff*

/s/ Robert V. White
AMANDA J. SHARKEY ROSS
Florida Bar No. 598666
ROBERT V. WHITE
Florida Bar No. 88882
Henderson, Franklin, Starnes & Holt, P.A.
Post Office Box 280
Fort Myers, Florida 33902-0280
Telephone (239) 344-1249
Facsimile (239) 344-1542
*Attorneys for Defendant*
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
robert.white@henlaw.com
sarah.howie@henlaw.com